IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISREAL WHITMORE,

    Petitioner,                    No. CIV S-10-cv-2488 GEB DAD (HC)

    vs.

S.M. SALINAS, Warden,

    Respondent.                  <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 23, 2010, respondent filed a motion to dismiss this action due to petitioner's alleged failure to exhaust his claims in state court. By order filed September 21, 2010, petitioner was informed that opposition, if any, to a motion to dismiss would be due within thirty days after service of the motion  Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days from the date of this order petitioner shall show cause in writing, if any he has, why respondent's motion to dismiss should not be granted. Petitioner is cautioned that failure to respond to the

1

1 instant order, or to file an opposition to the pending motion to dismiss, will result in a
2 recommendation that this action be dismissed.
3 DATED: January 3, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
whit2488.46osc

2