IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISREAL WHITMORE,

       Petitioner,                      No. 2:10-cv-2488 GEB DAD (HC)

      vs.

S. M. SALINAS, Warden,

       Respondent.                  <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On August 8, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 8, 2011, are adopted in full;

2. Respondent's November 23, 2010 motion to dismiss is denied;

3. Respondent shall file an answer to the petition within thirty days from the date of this order, see Rule 4, Rules Governing Section 2254 Cases, and shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases; and

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

Dated: September 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge

2